## APRIL 1999 CALENDAR

**FROM: The District Court of the 12th Judicial District. County of Hill.**

**STATE OF MONTANA,**

**Plaintiff,**　　　　　　　　　　　　　　**NO. 98-045**

**vs.**　　　　　　　　　　　　　　　　　　**DECISION**

**Patricia M. DuBois,**

**Defendant.**

On January 21, 1999, the defendant was sentenced to eighteen (18) months in the Montana Women's Prison.

On April 9, 1999, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Jeremy Yellin. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that she understood this and stated that she wished to proceed.

Rule 17 of the Rules of the Sentence Review Division provides: "The sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (Section 45-18-904(3), MCA.) The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed. It should be noted that the Board did not consider any claim of gender discrimination in this matter.

Done in open Court this 9th day of April, 1999.

DATED this 21ST day of April, 1999.

**Chairman, Hon. Richard G. Phillips, Member, Hon. Jeffrey H. Langton and Member, Hon. Marge Johnson**